**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:20-cv-60046-AHS**

TONY ALLEN GONZALEZ, on behalf of
himself and others similarly situated,

    Plaintiff,

vs.

NATIONAL CAR CURE LLC and SUNPATH
LTD. CORP. OF DELAWARE,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, TONY ALLEN GONZALEZ ("Plaintiff") and Defendants, NATIONAL CAR CURE LLC and SUNPATH LTD. CORP. OF DELAWARE ("Defendants"), by and through their respective undersigned counsels, hereby stipulate that this case be dismissed **with Prejudice**, with each party to bear his/its own fees, costs, and disbursements. Plaintiff and Defendants respectfully request that this Court enter an Order of Dismissal **with Prejudice**.

Dated: May 18, 2020

| BY:  */s/ Jason S. Weiss* | BY:  */s/ Michael L. Greenwald* |
|---|---|
| Jason S. Weiss | Michael L. Greenwald (FL Bar: 761761) |
| Jason@jswlawyer.com | Jesse S. Johnson (FL Bar: 0069154) |
| Florida Bar No. 356890 | Greenwald Davidson Radbil PLLC |
| **WEISS LAW GROUP, P.A.** | 7601 N. Federal Hwy., Suite A-230 |
| 5531 N. University Drive, Suite 103 | Boca Raton, Florida 33487 |
| Coral Springs, FL 33067 | Tel: (561) 826-5477 |
| Tel: (954) 573-2800 | mgreenwald@gdrlawfirm.com |
| Fax: (954) 573-2798 | jjohnson@gdrlawfirm.com |
| | |
| **ATTORNEYS FOR DEFENDANTS** | **ATTORNEYS FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, I filed a copy of the foregoing with the Court using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Michael L. Greenwald*
Michael L. Greenwald