UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60046-CIV-SINGHAL

TONY ALLEN GONZALEZ,

    Plaintiff,

v.

NATIONAL CAR CURE LLC and
SUNPATHLTD. CORP. OF DELAWARE,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE [22]).  The Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of May 2020.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF